# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH BAUMRUK, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 4:12CV804 AGF |
| TROY STEELE, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Respondent has filed a Suggestion of Death. Respondent reports that Kenneth Baumruk died of natural causes at the Potosi Correctional Center on October 31, 2014. Petitioner has not filed any response.

Baumruk sought habeas relief from his capital conviction. "Since his imprisonment ended upon his death, and there can be no future collateral consequences flowing from his imprisonment, his collateral attack is moot." McMillin v. Bowersox, 102 F.3d 987, 987 (8th Cir. 1996) (per curiam).

Accordingly,

**IT IS HEREBY ORDERED** that the petition is **DISMISSED** as moot.

An Order of Dismissal will be filed separately.

Dated this 14th day of November, 2014.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE